## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

KEITH A. SMITH,                 :    No. 134 EM 2019

         Petitioner               :

              v.                    :

COURT OF COMMON PLEAS OF    :
PHILADELPHIA COUNTY,         :

         Respondent         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of February, 2020, the Application for Leave to File Original Process is GRANTED, and the "Writ of Mandamas [sic] to Compel" is DENIED.